[No. 25628-6-III.  Division Three.  January 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00156-6, Robert L. Zagelow, J., entered October 9, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25809-2-III.  Division Three.  January 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BOYD CARL MARKLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01135-8, Jerome J. Leveque, J., entered January 5, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kulik, JJ.

[No. 25879-3-III.  Division Three.  January 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD T. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01146-6, Salvatore F. Cozza, J., entered January 24, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kulik, JJ.

[No. 25977-3-III.  Division Three.  January 17, 2008.]

JULIE ZIMMERMAN, *Respondent*, v. KELLY PIPER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00593-1, Jerome J. Leveque, J., entered February 22, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.